Richard PRICE, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Sept. 13, 1974.

Anthony M. Wilhoit, Public Defender, Paul F. Isaacs, Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Carl Miller, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

Raymond Thomas DICK

v.

COMMONWEALTH of Kentucky.

Court of Appeals of Kentucky.

Sept. 13, 1974.

Anthony M. Wilhoit, Public Defender, J. Vincent Aprile, II, Timothy T. Riddell, Asst. Public Defenders, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., George Geoghegan, III, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

Johnny HOOVER and Maudie Hoover, Appellants,

v.

Lindberg HALE, Appellee.

Court of Appeals of Kentucky.

Sept. 13, 1974.

Scott Collins, Prestonsburg, for appellants.

Jerry R. Grigsby, Martin, Paul C. Combs, Prestonsburg, for appellee.

Memorandum Opinion of the Court by Special Commissioner J. T. HATCHER, Affirming.*

PLEASURE HILLS CORPORATION, Appellant,

v.

LOUISVILLE AND JEFFERSON COUNTY PLANNING COMMISSION, Appellee.

Court of Appeals of Kentucky.

Sept. 13, 1974.

Arthur W. Howard, Ralph M. Allen, Louise B. Dahl, Louisville, for appellant.

John G. Carroll, Louisville, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

* Opinion ordered not to be published.